CO 109A - Rev. 3/2010

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

ELIJAH JACKSON

vs.

DISTRICT OF COLUMBIA et al

Civil/Criminal No.: 15-CV-2247 (TJK)

## NOTE FROM JURY

& May the jury award punitive damages to defendants who were not found liable for any of the claims in the verdict form?

What should be our course of action if the jury disagrees on the award of punitive damages for a specific defendant?

Date: 12/14/2023

Time: 10:46 am

FOREPERSON